# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA SOUPHALITH,<br><br>        Plaintiff,<br>   vs.<br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>        Defendant. | **CASE NO. 06-CV-01410-H (AJB)**<br><br>**SCHEDULING ORDER** |

On January 15, 2009, Defendant filed a motion for reconsideration of the Court's order (Doc. No. 28) granting Plaintiff's motion for attorney's fees. (Doc. No. 29.) Plaintiff shall file her response in opposition on or before February 3, 2009. Defendant shall file any reply on or before February 9, 2009. The Court, pursuant to Local Rule 7.1(d)(1), determines that this motion is appropriate for resolution without oral argument and therefore submits it on the parties' papers.

**IT IS SO ORDERED.**

DATED: January 20, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.

- 1 -

06cv1410